# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SKYLAR ADAMS** | **CIVIL CASE NO. 6:25-CV-0517** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 15] as well as RESPONSE TO OBJECTIONS [Doc. 16] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 14] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Defendants' MOTION TO DISMISS [Doc. 7], while not without merit, is DENIED WITHOUT PREJUDICE at this time to allow Plaintiff, within fourteen (14) days of the entry of this judgment, the opportunity to amend her Complaint to cure the deficiencies as provided in the report and recommendation.

THUS DONE AND SIGNED in Chambers on this 17th day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE